1  KEVIN V. RYAN, CSBN 118321
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6    Telephone: (415) 436-6915
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12  KHALID BHATTI,                      )
                                        )
13              Plaintiff,              )  No. C 06-2457 SBA
                                        )
14         v.                           )
                                        )
15  ALBERTO GONZALES, Attorney General, U.S. )  **STIPULATION TO DISMISS; AND**
    Department of Justice; MICHAEL CHERTOFF, )  **ORDER**
16  Secretary of the U.S. Department of Homeland )
    Security; EDUARDO AGUIRRE, Director of )
17  United States Citizenship & Immigration )
    Services; ROBERT MUELLER, Director of the )
18  Federal Bureau of Investigations; CHRISTINA )
    POULOS, Acting Director of the California )
19  Service Center,                     )
                                        )
20              Defendants.             )
                                        )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24  the adjudication of Plaintiff's adjustment of status applications.

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stipulation to Dismiss
C 06-2457 SBA

1  Date: June 29, 2006

2

3

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

4

5

6

7

```
                    /s/
```
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

8  Date: June 29, 2006

9

```
                    /s/
```
ROBERT VOLZ
Attorney for Plaintiff

10

11

**ORDER**

12

Pursuant to stipulation, IT IS SO ORDERED.

13  Date:   6/30/06

14

SAUNDRA B. ARMSTRONG
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 06-2457 SBA